MOLDEX RUBBER & PLASTICS CORPORATION, Appellant, v. WIL-MUR PRODUCTS CORPORATION, Respondent.— Order unanimously affirmed, with $20 costs and disbursements, on the ground that the counterclaim is sufficient as a pleading. We do not pass on the question as to whether the defendant may recover special damages on the allegations contained in the counterclaim. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

LAWRENCE A. PENDERGAST, Appellant, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Judgment and order unanimously reversed, with costs to the appellant, and the motion for judgment on the pleadings denied as there are issues of fact that should await disposition at trial. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

WOODCREST CONSTRUCTION Co., INC., Appellant, v. CITY OF NEW YORK, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL GRECKOFF, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

MARGARET LA SALA, Respondent, v. JOSEPH GARCIA, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.; Callahan, J., dissents and votes to reverse the determination of the Appellate Term and affirm the final order of the Municipal Court.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN CAPOTOSTO, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

WILLIAM RINN et al., Doing Business under the Name of GEORGIAN FURNITURE Co., Respondents, v. RUSSELL V. HODGE, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

ROY MINER, Appellant, v. O'DRISCOLL & GROVE, INC., Respondent, et al., Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ. [See post, p. 846.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JADWIGA MACIURZYNSKI, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER MACIURZYNSKI, Appellant.— Judgments unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

HETTY S. PHILLIPS, Appellant, v. ABRAHAM L. OLTARSH, Respondent.— Orders unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

MICHAEL D. LESTER et al., Doing Business as Copartners under the Name of LESTER & Co., Appellants, v. KURT OFFENBERGER et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ. [See post, p. 846.]

MAX CHOPNICK, Respondent, v. SEDGWICK MINOT, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.